## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Charles Mapp | ) | |
|     Plaintiff | ) | |
| | ) | Case No: 15 C 3800 |
| v. | ) | |
| | ) | Judge Milton I. Shadur |
| City Colleges of Chicago District No. 508 et al. | ) ) | |
|     Defendants | ) ) | |

## **ORDER**

Plaintiff's application to proceed in forma pauperis [5] is granted.


Date: 5/7/2015                           /s/ Judge Milton I. Shadur