UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Charles Mapp

                              Plaintiff,

v.                               Case No.: 1:15−cv−03800
                              Honorable Milton I. Shadur

City Colleges of Chicago District No. 508, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 3, 2015:

       MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Motion to dismiss defendant Williams [7] is granted. Defendant Richard Williams is dismissed with prejudice.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.