# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Charles Mapp

                                                 Plaintiff,

v.                                                 Case No.: 1:15−cv−03800
                                                Honorable Milton I. Shadur

City Colleges of Chicago District No. 508, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2015:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held. Defendant's motion for sanctions [12] (1) is granted in limited part in that (a) the transcript of the testimony of Victor Cole on 5/27/2015 is held to be a deposition that did not comply with FRCP 30(b)(1) (Rule) and will not be treated in the same manner as depositions that do comply with that Rule and (b) plaintiff's counsel is directed (and has agreed) to comply with that Rule hereafter and (2) is denied in all other respects. Status hearing set for 10/7/2015 at 9:00 a.m. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.