UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES MAPP, <br><br> *Plaintiff*, <br><br> v. <br><br> CITY COLLEGES OF CHICAGO DISTRICT NO. 508; and RICHARD WILLIAMS, in his individual and official capacities, <br><br> *Defendants*. | Case No. 1:15-cv-03800 <br><br> Hon. Milton I. Shadur |

## NOTICE OF MOTION

### PLAINTIFF OLLIE FRANKLIN JR'S REQUEST TO RESET HEARING DATE TO DATE CERTAIN AFTER SEPTEMBER 11, 2015

PLEASE TAKE NOTICE THAT on Thursday, September 10, 2015 at 9:15 a.m. or as soon thereafter as counsel may be heard, Plaintiff will present his Motion to Reset Hearing Date to Date Certain After September 11, 2015 before the Honorable Judge Milton I. Shadur, in Courtroom 2303 at the U.S. Courthouse, 219 South Dearborn Street, Chicago, IL 60604.

DATED: September 8, 2015            Respectfully submitted,

/s/ John Steele
John L. Steele (# 6292158)
ACCESSIBILITY LAW GROUP
500 Michigan Avenue, Suite 600
Chicago, Illinois 60611
E-mail: jsteele@accessibilitylawgroup.com
Phone: (312) 396-4154