UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES MAPP,<br><br>   *Plaintiff*,<br><br>v.<br><br>CITY COLLEGES OF CHICAGO DISTRICT NO. 508<br><br>   *Defendant*. | Case No. 1:15-cv-03800<br><br>Hon. Milton I. Shadur |

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that all claims asserted in the above captioned case shall be dismissed with prejudice and on the merits, and the parties respectfully request that this Court enter an Order dismissing the action with prejudice and without fees, costs, or expenses.

| | |
|---|---|
| OFFICE OF THE GENERAL COUNSEL<br>Attorney Valerie Harper<br>226 W. Jackson Blvd., 14th Floor<br>Chicago, IL 60606<br>312-553-2537<br>vharper2@ccc.edu | ACCESSIBILITY LAW GROUP<br>Attorney John L. Steele<br>500 Michigan Avenue, Suite 600<br>Chicago, Illinois 60611<br>312-396-4154<br>jsteele@accessibilitylawgroup.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |