**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Charles Mapp

                                              Plaintiff,

v.                                                              Case No.: 1:15−cv−03800
                                                                      Honorable Milton I. Shadur

City Colleges of Chicago District No. 508, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 1, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing set for 11/3/2016 is stricken. This case is dismissed with prejudice and without fees, costs or expenses. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.